In the Matter of Rickey Lawson
**LINDSAY, an incapacitated
person.**

**Debra Sue Adams and Elliott Lee
Adams, Petitioners/Appellants,**

v.

**Kerry Lindsay and Carol Becos, Separate Petitioners/Respondents.**

**No. ED 75471.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 14, 1999.

Judy Freiberg, St. Louis, for appellants.

Linda F. Jarman, St. Louis, for respondents.

Before KATHIANNE KNAUP CRANE, P.J., ROBERT G. DOWD, Jr., J., and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Petitioners appeal from the trial court's judgment appointing Separate Petitioners as guardians of Rickey Lawson Lindsay. No error of law appears. An opinion reciting the facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).